UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 18-23301-SLM |
|---|---|---|
| | Chapter: | 7 |
| **Dodek, Scott** <br> **Dodek, Mindy** | Judge: | Stacey L. Meisel |
| **Debtor(s).** | | |

## NOTICE OF PROPOSED ABANDONMENT

Donald V. Biase, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the Court |
| --- | --- |
| | 50 Walnut Street |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on April 9, 2019 at 10:00 AM at the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 in Courtroom no. #3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of property:**

    **46 W. McClellan Ave., Livingston, NJ 07039**
    $350,000

**Liens on property**:

    $1,032,943

**Amount of equity claimed as exempt:**

    $0.00

Objections must be served on, and requests for additional information directed to:

Rev. 8/1/15

Donald V. Biase, Chapter 7 Trustee

110 Allen Road
Suite 304
Basking Ridge, NJ 07920

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-23301-SLM
Scott Dodek                                                     Chapter 7
Mindy Dodek
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin            Page 1 of 2           Date Rcvd: Mar 11, 2019
                               Form ID: pdf905        Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2019.
```
db/jdb         +Scott Dodek,   Mindy Dodek,    46 W. McClellan Avenue,    Livingston, NJ 07039-1243
517748425       BANK OF NEW YORK AS TRUSTEE FOR CWALT 2006-OC10.,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,   Greenville SC 29603-0826
517625251      +Bank of NY Mellon,   c/o Nelson Diaz, Esq.,    Milstead & Associates, LLC,   1 East Stow Road,
                 Marlton, NJ 08053-3118
517625252      +Credence Resource Management,    Po Box 2300,    Southgate, MI 48195-4300
517697707      +Decision One Mortgage,   Attn: Corporation Trust Co.,    820 Bear Tavern Road,
                 Trenton, NJ 08628-1021
517657938      +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
517625256      +Kia Motors Finance,   Po Box 20825,   Fountain Valley, CA 92728-0825
517697656      +Milstead & Associates, LLC,   1 East Stow Road,    Marlton, NJ 08053-3118
517748004       Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,   Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2019 00:25:25      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2019 00:25:23      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517657937      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Mar 12 2019 00:26:09
                 Hyundai Lease Titling Trust,   PO Box 20809,   Fountain Valley, CA 92728-0809
517625253      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Mar 12 2019 00:26:09
                 Hyundai Motor Finance,   Attn: Bankruptcy,   Po Box 20809,   Fountain Valley, CA 92728-0809
517625254       E-mail/Text: cio.bncmail@irs.gov Mar 12 2019 00:24:45      Internal Revenue Service,
                 955 S. Springfield Ave.,   Springfield, NJ 07081
517625255      +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Mar 12 2019 00:26:28
                 JH Portfolio Debt,   ComenityBank,   Credit Control, LLC,   5757 Phantom Drive, Ste 330,
                 Hazelwood, MO 63042-2429
517625257      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 12 2019 00:25:22      Midland Funding, LLC,
                 8875 Aero Dr.,   San Diego, CA 92123-2255
517732859       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 12 2019 00:46:26
                 Portfolio Recovery Associates, LLC,   C/O Capital One Bank (usa), N.a.,   POB 41067,
                 Norfolk VA 23541
517625258      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 12 2019 00:34:56
                 Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
517628950      +E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2019 00:35:16      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517746260      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 12 2019 00:34:34      Verizon,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517657939*     +Hyundai Lease Titling Trust,   PO Box 20825,   Fountain Valley, CA 92728-0825
517625250     ##+Accounts Receivable Management Services,   Corporate Office,   2727 Philmont Ave - Suite 100,
                 Huntingdon Valley, PA 19006-5318
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                         Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin                  Page 2 of 2                  Date Rcvd: Mar 11, 2019
                               Form ID: pdf905              Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2019 at the address(es) listed below:

```
              Donald V. Biase    dbiase4236@gmail.com,
               dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OC10,
               Mortgage Pass-Through Certificates, Series 2006-OC10 kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Stuart D. Minion    on behalf of Joint Debtor Mindy   Dodek sminion@minionsherman.com
              Stuart D. Minion    on behalf of Debtor Scott   Dodek sminion@minionsherman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```