Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18–23301–SLM
        Chapter: 7
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Scott Dodek | Mindy Dodek |
| 46 W. McClellan Avenue | 46 W. McClellan Avenue |
| Livingston, NJ 07039 | Livingston, NJ 07039 |

Social Security No.:
  xxx–xx–0414                                       xxx–xx–5661

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Donald V. Biase is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 15, 2019</u>                 <u>Stacey L. Meisel</u>
                                          Judge, United States Bankruptcy Court